# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-668V
### Filed: May 23, 2019
UNPUBLISHED

HEATHER SHEEHAN,

                     Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                     Respondent.

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Shoulder
Injury Related to Vaccine
Administration (SIRVA)

*Eric J. Haag, Atterbury, Kammer & Haag, S.C., Middleton, WI, for petitioner.*
*Justine Elizabeth Walters, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On May 10, 2018, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccination administered on October 25, 2016. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 3, 2019, a ruling on entitlement was issued, finding petitioner entitled to compensation for a SIRVA. On May 21, 2019, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $138,457.57

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

comprised of $135,000.00 for actual and projected pain and suffering, and $3,457.57 for past unreimbursable expenses. Proffer at 1-2. In the Proffer, respondent represented that petitioner agrees with the proffered award. *Id.* Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $138,457.57 (comprised of $135,000.00 for actual and projected pain and suffering, and $3,457.57 for past unreimbursable expenses) in the form of a check payable to petitioner, Heather Sheehan.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

HEATHER SHEEHAN,

      Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 18-668V
Chief Special Master Dorsey
ECF
SPU

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On May 10, 2018, petitioner filed a petition for compensation under the National

Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act"), alleging that she

developed a left shoulder injury as a result of receiving an influenza ("flu") vaccine on October

25, 2016.  On April 1, 2019, respondent filed a Rule 4(c) Report indicating that petitioner is

entitled to compensation for a shoulder injury related to vaccine administration ("SIRVA").  For

the  purposes of this proffer, the term "vaccine-related" is as described in Respondent's Rule 4(c)

Report.  On April 3, 2019, Chief Special Master Dorsey issued a Ruling on Entitlement finding

that petitioner is entitled to compensation for SIRVA.

I.     **Items of Compensation**

    A.     Pain and Suffering

Respondent proffers that petitioner should be awarded $135,000.00 in actual and

projected pain and suffering.  This amount reflects that the award for projected pain and

suffering has been reduced to net present value.  *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner

agrees.

B.      Past Unreimbursable Expenses

Evidence supplied by petitioner documents her expenditure of past unreimbursable

expenses related to her SIRVA.  Respondent proffers that petitioner should be awarded past

unreimbursable expenses in the amount of $3,457.57.  Petitioner agrees.

C.      Medicaid Lien

Petitioner represents that there are no outstanding Medicaid liens against her.

## II.      **Form of the Award**

The parties recommend that the compensation provided to petitioner should be made

through a lump sum payment of $138,457.57 in the form of a check payable to petitioner.[1]  This

represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-

15(a).  Petitioner agrees.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Assistant Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

  s/ Justine Walters_____
JUSTINE WALTERS
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146, Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 307-6393

DATE: May 21, 2019